United States District Court
Southern District of Texas
**ENTERED**
August 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Dayana Alexander, § § § *Plaintiff,* § § v. § § Credit Control Services, Inc., § § *Defendant.* § § § | Civil Action No. 4:25-cv-01614 |

## SCHEDULING ORDER

1. <u>August 18, 2025</u>   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. <u>October 20, 2025</u>   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. <u>November 18, 2025</u>   Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

   **DISCOVERY**

3. <u>December 1, 2025</u>   Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be

granted because of information acquired in post−deadline discovery.

**MOTIONS DEADLINE**

4. January 5, 2026    Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a. April 10, 2026    THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. April 24, 2026    THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. May 8, 2026    **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A

7. May 11, 2026    **JURY TRIAL** is set at 9:00 a.m. in Courtroom 9A.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on August 1, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge