United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAYANA ALEXANDER, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:25-CV-01614 |
| CREDIT CONTROL SERVICES, INC., | § |
| Defendant. | § |

## ORDER

Before the Court is *pro se* Plaintiff's Motion to Compel the Defendant to Produce ACDV Forms and Motion for Sanctions (the "Motion"). Doc. #35. The Court finds that the Motion does not comply with this Court's Procedures and Practices regarding discovery disputes. Specifically, pursuant to Rule B.4 of the Court's Procedures and Practices, "*[b]efore filing a motion regarding a discovery dispute*, the complaining party must email the Case Manager and Law Clerks a letter—not to exceed two (2) pages—explaining the nature of the dispute and detailing the" parties prior out-of-court discussions on the matter. Only then will the Court "determine the need for briefing or a conference on the matter." Accordingly, it is hereby ORDERED that the Motion (Doc. #35) be STRICKEN from the record.

It is so ORDERED.

AUG 2 9 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge