UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DAYANA ALEXANDER.,** *Plaintiff,* Vs. **CREDIT CONTROL SERVICES, INC., DBA CREDIT COLLECTION SERVICES** *Defendant.* | **CAUSE NO.:** 4:25-cv-01614 |

### DECLARATION OF DAYANA ALEXANDER AUTHENTICATING EXHIBIT A TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (Dkt. 42)

I, **Dayana Alexander**, **declare** under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in the above-styled and numbered cause and appear *Pro Se*. I have personal knowledge of the facts set forth in this Declaration, and if called to testify, I could and would competently testify to the truth of these facts.

2. I filed the **Plaintiff's Notice of Supplemental Authority** (Document No. 42) on November 17, 2025.

3. The Notice of Supplemental Authority referenced and attached one exhibit, labeled **"Exhibit A."**

4. I declare that "**Exhibit A**" attached to the Plaintiff's Notice of Supplemental Authority (Dkt. 42) is a true and correct copy of the Amicus Curiae Brief of the Consumer Financial Protection Bureau (CFPB) and the Federal Trade Commission (FTC) filed in the case of *Roberts v. Carter-Young, Inc.*, No. 23-1911 (4th Cir. Dec. 8, 2023).

5. I obtained this brief from the official website of the Federal Trade Commission (FTC):https://www.ftc.gov/legal-library/browse/amicus-briefs/roberts-v-carter-young-inc

6. Attached hereto as **"Exhibit A"** is a true and correct copy of the Amicus Curiae Brief referenced in the Notice of Supplemental Authority.

7. I submit this Declaration to authenticate the *amicus* brief (Exhibit A) at Dkt 42 for the Court's consideration in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 18, 2025**.

/s/ Dayana Alexander

Dayana Alexander, Pro Se

P.O. Box 114

Hockley, TX 77447

contact@agapeconsultations.com

# CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE** I certify that on **November 18, 2025,** a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*Respectfully submitted by:*

/s/ Dayana Alexander

Dayana Alexander, Pro Se