Case 4:25-cv-01614   Document 49   Filed on 11/25/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| **DAYANA ALEXANDER.,** *Plaintiff,* Vs. **CREDIT CONTROL SERVICES, INC., DBA CREDIT COLLECTION SERVICES** *Defendant.* | **CAUSE NO.:** 4:25-cv-01614 |

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL

The Court, having considered Plaintiff's Motion to File Exhibits Under Seal, finds good cause and GRANTS the motion. The exhibits; Exhibits A through G shall be filed under seal.

SO ORDERED this 21st day of November, 2025.



The Honorable Alfred H. Bennett

**United States District Judge**